UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BAXTER,<br><br>   Plaintiffs,<br><br> v.<br><br>WALMART, INC., et al.,<br><br>   Defendants. | No. 1:25-cv-01230-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 5) |

On June 25, 2025, Plaintiff and Defendant Walmart, Inc. filed a joint stipulation dismissing the action with prejudice. (Doc. 5.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **October 30, 2025**      /s/ *Sheila K. Oberto*
                        UNITED STATES MAGISTRATE JUDGE